JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWIGHT EARL RODGERS, | ) | CASE NO. CV 15-3752-CJC (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| ROBERT W. FOX, ET AL., | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 1, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE